IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARQUIS WILSON | : | NO. 14-cr-209-1 |

O R D E R

AND NOW, this 7th day of April 2016, upon consideration of defendant Marquis Wilson's Pro Se Motion to Dismiss Indictment (Doc. No. 131), it is hereby ORDERED that the motion is DENIED. Defendant's motion is denied for the same reasons provided in this Court's previous Order dated March 28, 2016. (Doc. No. 128.) Defendant is currently represented by counsel. Defendant's motion must be filed through counsel.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

1