IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 14-209-1 |
| MARQUIS WILSON | : | |

## ORDER

**AND NOW**, this 30th day of October 2017, upon considering Mr. Wilson's Motion to join in the arguments raised by his co-defendant (ECF Doc. No. 269), and finding no prejudice in resolving all matters subject to arguments from the United States in responsive briefing, it is **ORDERED** Mr. Wilson's Motion to join (ECF Doc. No. 269) is **GRANTED**.

_____
KEARNEY, J.