IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 14-209-1, 2 |
| MARQUIS WILSON, *et al.* | : | |

## ORDER

AND NOW, this 11th day of December 2017, upon considering Defendant Malcolm Moore's Motion for new trial and Motion for acquittal (ECF Doc. Nos. 234, 255), Marquis Wilson's Motion for acquittal or new trial (ECF Doc. No. 237), the United States' Response (ECF Doc. No. 280), each Defendant joining the other's arguments (ECF Doc. Nos. 270, 271, 288), following oral argument and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. Moore's Motion for new trial (ECF Doc. No. 234) and Motion for acquittal (ECF Doc. No. 255) are **DENIED**; and,

2. Mr. Wilson's Motion for acquittal or new trial (ECF Doc. No. 237) is **DENIED**.

_____
KEARNEY, J.