IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
|  | : |  |
| v. | : | NO. 14-209-1 |
|  | : |  |
| MARQUIS WILSON | : |  |

# ORDER

**AND NOW**, this 24th day of April 2020, upon considering the Defendant's *pro se* Motion for compassionate release under the First Step Act based upon a fear of contracting COVID-19 in FCI Allenwood while allegedly treating for cancer (ECF Doc. No. 361), the United States' Response (ECF Doc. No. 362), and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. The Defendant's Motion for compassionate release (ECF Doc. No. 361) is **DENIED** without prejudice to be renewed, if necessary, following exhausting his request for compassionate release with the Bureau of Prisons and providing medical data confirming his at-risk status; and,

2. The United States Attorney shall serve a copy of this Order on Marquis Wilson USM # 71390-066 at FCI Allenwood Medium no later than **Tuesday, April 28, 2020** and file a certificate of service confirming compliance no later than **Friday, May 1, 2020.**

_____
**KEARNEY, J.**