### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 14-209-1** |
| | : | |
| **MARQUIS WILSON** | : | |

# ORDER

**AND NOW**, this 31st day of December 2020, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 371), the United States' Opposition (ECF Doc. No. 385), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 371) is **DENIED**.

_____
**KEARNEY, J.**