IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 14-209-1** |
| | : | |
| **MARQUIS WILSON** | : | |

# ORDER

**AND NOW**, this 30th day of September 2021, upon considering the pro se Petition (ECF Doc. No. 395), the United States' Response (ECF Doc. No. 399), Petitioner's Reply (ECF Doc. No. 412), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **DENY** the Petition for habeas relief (ECF Doc. No. 395);

2. We **DENY** a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

                                                                      **KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).