IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 14-209-1 |
| | : | |
| MARQUIS WILSON | : | |

## ORDER

**AND NOW**, this 15th day of March 2023, upon considering Defendant's Motion for compassionate release (ECF Doc. No. 457), the United States' Response (ECF Doc. No. 460), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF Doc. No. 457) is **DENIED** without prejudice.

_____
KEARNEY, J.