# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.  14-209-1 |
| | : | |
| MARQUIS WILSON | : | |

## ORDER

**AND NOW**, this 14th day of November 2024, upon considering Defendant's Motion for compassionate release (ECF 505), the United States' Response (ECF 506), Defendant's Reply (ECF 509), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion for compassionate release (ECF 505) is **DENIED** without prejudice**.**

**KEARNEY, J.**